COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stephen Paine, Janna McCarter Paine as Trustee for the Stephen B. Paine Family Trust, Stephen Bartlett Paine, Jr., William Edward Paine, and Leanne Patricia Paine v. James M. Golden, et al.

Appellate case number:   01-21-00399-CV

Trial court case number:  2016-87802

Trial court:             151st District Court of Harris County

On November 4, 2021, appellants filed a motion to exceed the length of appellants' brief. On December 6, 2021, appellant, Stephen Paine, filed a brief. On the same date, the remaining appellants filed a brief. This latter brief was filed by several appellants including "Janna McCarter Paine, individually and as Trustee for Stephen B. Paine Family Trust.

On February 7, 2022, appellees filed a motion to strike appellants briefs as violating the Texas Rules of Appellate Procedure. Appellees first note that Janna McCarter Paine, individually, is an improper party to the appeal and should not have filed a brief in her individual capacity.

Appellants filed a joint notice of appeal. Although Janna McCarter Paine claims that she is properly before this Court individually and as Trustee for the Stephen B. Paine Family Trust, the notice of appeal did not include Janna McCarter Paine individually. Instead, she appealed only as Trustee of the Stephen B. Paine Family Trust. Thus, Janna McCarter Paine, individually, is not a party to this appeal and **to the extent appellees' motion to strike challenges appellants' brief on that basis, the motion is granted**. The appellants' brief is stricken and may be refiled within 10 days on behalf of the other appellants, Janna McCarter Paine as Trustee for the Stephen B. Paine Family Trust, Stephen Bartlett Paine, Jr., William Edward Paine, and Leanne Patricia Paine.

Appellees also complain that appellants' briefs exceed the word limit. Appellants filed two briefs, one on behalf of Stephen Paine and the other on behalf of the remaining appellants. The individual permitted word count for a brief is a maximum of 14,000 words with a total for all briefs on behalf of appellants of 27,000. *See* TEX. R. APP. P. 9.4(i)(2)(B). Appellants briefs each contained more than 14,000 words and the total of both briefs was more than the permitted maximum of 27,000 words. Appellants had previously filed a motion to exceed the word length, arguing that the extra was necessary due to the large record. We now **grant** the motion to extend length as to appellant Stephen B. Paine's brief, which has already been filed, and we **grant** the motion as to the remaining appellants whose brief, though stricken, is to be amended and refiled

within 10 days, but that brief may be no more than 15,000 words. **To the extent appellees seek to strike appellants' briefs based on word length, the motion is denied.**

Appellee also has filed a request for an extension of time to file its brief. We **grant** the motion, extending the deadline to file appellees' brief until **March 30, 2022**. Any additional challenges to appellants' standing contained in the motion to strike should be addressed in appellees' brief.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
☑ Acting individually     ☐ Acting for the Court


Date:  ____February 17, 2022__